UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN NARDI,<br><br>    Plaintiff,<br><br>VS.<br><br>SAFARILAND, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. No.<br>)<br>)<br>)<br>)<br>)<br>) |

## **SAFARILAND, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Safariland, LLC (Safariland) states the following:

1. Safariland is a Delaware limited liability company;

2. Safariland has one member, Maui Acquisition Corp.; and

3.   No publicly owned corporation owns ten percent (10%) or more of Maui Acquisition Corp.'s stock.

Dated: June 12, 2019

**SAFARILAND, LLC**

By its Attorneys,

CAMPBELL CONROY & O'NEIL, P.C.

*/s/ Jacob J. Lantry*
_____
James M. Campbell (BBO #541882)
Jacob J. Lantry (BBO #690452)
One Constitution Wharf, Suite 310
Boston, MA 02129
Tel:   (617) 241-3000
Fax:   (617) 241-5115

**CERTIFICATE OF SERVICE**

On June 12, 2019, I, Jacob J. Lantry, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

James A. Swartz, Esq.
Alan L. Cantor, Esq.
Swartz & Swartz, PC
10 Marshall Street
Boston, MA 02108

/s/ Jacob J. Lantry_____
Jacob J. Lantry